AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

FILED
SEP - 8 2008
PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**DYTANIEL MCBRIDE and**
**TP CORPORATION ENGLEWOOD,**
**INC**

vs.

Case Number: **06-1188**

**BRIAN E. GRICE, a Peoria Police Officer in his**
**individual capacity and CITY OF PEORIA, ILLINOIS,**
**a political subdivision of the State of Illinois**

**DECISION BY THE COURT.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of defendants and against plaintiffs, plus costs of suit.

ENTER this 8th day of

PAMELA E. ROBINSON, CLERK

s/C. Lambie
BY: DEPUTY CLERK